170 A.3d 321

IN THE MATTER OF THE CIVIL COMMITMENT
OF R.T. SVP–573–10.

July 10, 2017

ORDER

It is ORDERED that the motion of the State of New Jersey for leave to file an answering brief as within time is granted.

170 A.3d 321

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KESH-AUN D. EARLEY, A/K/A KESHAWN EARLEY, KESHAWN EAR-LY AND BUDDHA EARLEY, DEFENDANT–PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005051–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.